IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN CORD MELSON,<br><br>Defendant. | Case No. 23-CR-113-JFH |

## OPINION AND ORDER

Before the Court is an Unopposed Motion to Allow Defendant to Return to the Oklahoma Department of Corrections ("Motion") filed by Defendant Ethan Cord Melson ("Defendant"). Dkt. No. 28. Defendant asks the Court to issue an order changing the terms of his confinement. *Id*. at 1. Specifically, Defendant asks the Court to grant Defendant permission to return to the Oklahoma Department of Corrections at Charles E. "Bill" Johnson Corrections Center, Alva, Oklahoma, where he was serving a sentence in Lincoln County Case No. CF-2021-99 prior to being brought to the Northern District of Oklahoma on this case. *Id*. Defendant seeks this relief to allow him to complete his GED courses and take his GED examination. *Id*. Defendant is currently detained pending sentencing in this case, following a plea of guilty on April 13, 2023. Dkt. No. 25.

Pursuant to 18 U.S.C. § 4086, "United States marshals shall provide for the safe-keeping of any person arrested or held under the authority of any enactment of Congress pending commitment to an institution." Therefore, the United States Marshal is responsible for Defendant's safe-keeping. Defendant has cited no authority for his request that the Court should assume control of the conditions of his confinement. The Court has provided the United States Marshal with a copy of Defendant's Motion.

c/emld USM

2

IT IS THEREFORE ORDERED that Defendant's Motion Unopposed Motion to Allow Defendant to Return to the Oklahoma Department of Corrections [Dkt. No. 28] is DENIED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to provide a copy of this Order to the United States Marshal.

Dated this 9th day of May 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE